CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

BENJAMIN DRAKE, ESQ. State Bar No. 243207
JOHN KSAJIKIAN, ESQ. State Bar No. 220606
DRAKE LAW FIRM
19935 Ventura Blvd.
Suite 202
Woodland Hills, California 91364
Tel.: (888) 315-5721
Fax: (888) 340-6488
Benjamin@drakelawgroup.com
Attorney for Defendant
Azar Investments, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>AZAR INVESTMENTS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | **Case No**. 8:20-cv-01286-DOC-KES<br><br>STIPULATION TO EXTEND DATE FOR FILING DISMISSAL |

1

1
2    Plaintiff JAMES ZARIAN ("Plaintiff") and Defendant AZAR
3    INVESTMENTS, LLC, a California Limited Liability Company
4    ("Defendant") hereby stipulate to extend the deadline to file Dismissal to
5    January 20, 2021. The parties have finalized the terms of the settlement
6    agreement and have circulated the agreement for signatures, however, the
7    additional time is required to collect the signatures and to comply with the
8    terms of Agreement.

Dated: January 4, 2021           CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff


Dated: January 4, 2021           DRAKE LAW FIRM

By: /s/ Benjamin Drake
    Benjamin Drake
    Attorney for Defendant
    Azar Investments, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Benjamin Drake, counsel for Azar Investments, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 4, 2021           CENTER FOR DISABILITY ACCESS

                                              By: /s/ Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff