UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AZAR INVESTMENTS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No. 8:20-cv-01286-DOC-KES<br><br>ORDER TO EXTEND DATE FOR FILING DISMISSAL [31] |

　　　Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to January 20, 2021.

**IT IS SO ORDERED.**

Dated: January 5, 2021

*/s/ David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge