1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  AmandaS@potterhandy.com
   Attorneys for Plaintiff
6

7  BENJAMIN DRAKE, ESQ. State Bar No. 243207
   JOHN KSAJIKIAN, ESQ. State Bar No. 220606
8  DRAKE LAW FIRM
   19935 Ventura Blvd.
9  Suite 202
   Woodland Hills, California 91364
10 Tel.: (888) 315-5721
   Fax: (888) 340-6488
11 Benjamin@drakelawgroup.com
   Attorney for Defendant
12 Azar Investments, LLC

13
                    UNITED STATES DISTRICT COURT
14                  CENTRAL DISTRICT OF CALIFORNIA

15
   JAMES ZARIAN,                              )  Case No.: 8:20-cv-01286-DOC-KES
16                                            )
           Plaintiff,                         )  **JOINT STIPULATION FOR DISMISSAL**
17                                            )  **PURSUANT TO**
       v.                                     )  **F.R.C.P. 41 (a)(1)(A)(ii)**
18                                            )
   AZAR INVESTMENTS, LLC, a California Limited)
19 Liability Company; and Does 1-10,          )
                                              )
20         Defendants.                        )
                                              )
21                                            )

22

23

24

25

26         Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties

27 hereto that this action may be dismissed with prejudice as to all parties; each party to bear

28

Joint Stipulation                      -1-                       8:20-cv-01286-DOC-KES

his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 13, 2021  CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: 12-29-2020  DRAKE LAW FIRM

By: _____
Benjamin Drake
Attorney for Defendant
Azar Investments, LLC